UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MCKAYLA SMITH**, on behalf of herself, her minor child **JOHN DOE**, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PRUDENTIAL FINANCIAL, INC.** d/b/a **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**,<br><br>Defendant. | Case No. 2:24-cv-07598-SDW-AME |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MCKAYLA SMITH, on behalf of herself and her minor child JOHN DOE, hereby gives notice that her claims in this action against Defendant PRUDENTIAL FINANCIAL, INC. are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 5, 2024

By: */s/ Patrick Howard*
Patrick Howard
NJ Atty ID #02280-2001
**SALTZ MONGELUZZI & BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Telephone: (215) 575-3895
phoward@smbb.com

*Attorneys for Plaintiff and the Proposed Class*

SO ORDERED.
s/ Stanley R. Chesler
8-6-2024

1